1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4

   Attorney for Defendant, DUSTIN SMILEY
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          ) | **Case No. 1:06-CR-00171 OWW**
                                        )
11 |                    Plaintiff,      ) | **STIPULATION AND ORDER FOR A**
                                        ) | **RESETTING OF HEARING ON**
12 | v.                                 ) | **REPORT OF PROBATION OFFICER**
                                        )
13 | DUSTIN SMILEY,                     )
                                        ) | Date:      Monday, May 5, 2008
14 |                    Defendant.      ) | Time:      10:00 a.m.
                                        ) | Courtroom: Honorable Oliver W. Wanger
15 | _____)

16      IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the date set for hearing on the Presentence Report of

18 the probation officer and sentencing be extended as follows:

19      Formal Objections to be filed with the Court and served on Probation and AUSA:
        move from April 28, 2008 to June 16, 2008.
20
        RPO Hearing: move from May 5, 2008 at 10:00 a.m. to June 23, 2008 at 10:00 a.m.
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26

27

28
                **Stipulation and Order for a Resetting of Hearing on Report of Probation Officer,**
                                     **Case No.:1:06-cr-00171 OWW**

Further time is needed for defense counsel to prepare the Sentence Memorandum and Presentence Report.  Furthermore, counsel for defendant will undergo hip surgery on April 21, 2008 and will be out of the office for approximately 10 to 14 days.

Respectfully submitted,

DATED:  April 18, 2008          */s/* Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant,
DUSTIN SMILEY

DATED:  April 18, 2008          */s/* Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 2, 2008**                **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**Stipulation and Order for a Resetting of Hearing on Report of Probation Officer,
Case No.:1:06-cr-00171 OWW**

**Page 2**