1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4

5  Attorney for Defendant, DUSTIN SMILEY

6

7  IN THE UNITED STATES DISTRICT COURT FOR THE

8  EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 1:06-CR-00171 OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A RESETTING OF HEARING ON** |
| v. ) | **REPORT OF PROBATION OFFICER** |
| ) | |
| DUSTIN SMILEY, ) | Date:    Monday, June 23, 2008 |
| Defendant. ) | Time:    10:00 a.m. |
| ) | Courtroom: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the Presentence Report of the probation officer and sentencing be extended as follows:

Formal Objections to be filed with the Court and served on Probation and AUSA: move from June 16, 2008 to July 21, 2008.

RPO Hearing: move from June 23, 2008 to July 28, 2008 at 10:00 a.m.

///

///

///

///

///

---

**Stipulation and Order for a Resetting of Hearing on Report of Probation Officer,**
**Case No.:1:06-cr-00171 OWW**

1  ///

3  Additional time is needed for further investigation of sentencing issues.

5  Respectfully submitted,

7  DATED: April 18, 2008    /s/ Dale A. Blickenstaff
                            DALE A. BLICKENSTAFF
8                           Attorney for Defendant,
                            DUSTIN SMILEY

10 DATED: April 18, 2008    /s/ Laurel J. Montoya
                            LAUREL J. MONTOYA
11                          Assistant United States Attorney

13                          **ORDER**

15  IT IS SO ORDERED.

17 IT IS SO ORDERED.

**Dated:   June 19, 2008**              /s/ Oliver W. Wanger
19                              UNITED STATES DISTRICT JUDGE

28  **Stipulation and Order for a Resetting of Hearing on Report of Probation Officer,**
    **Case No.:1:06-cr-00171 OWW**

**Page 2**